PHILIP. A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CA SBN 216963
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHELBY MARIE GERST,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:22-cv-00070-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, give Plaintiff the opportunity for a new hearing, and issue a new decision. The Appeals Council will further instruct the Administrative Law Judge to re-evaluate Plaintiff's allegations of physical and mental symptoms, re-evaluate the medical opinion evidence, including the opinion of Plaintiff's therapist, Linda Mills, LMFT, and re-evaluate Plaintiff's residual functional capacity.

Stip. to Remand; 2:22-cv-00070-DMC

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this April 15, 2022.

DATED:  April 15, 2022              /s/  *Francesco Paulo Benavides**
                                    (*as authorized via e-mail on April 15, 2022)
                                    FRANCESCO PAULO BENAVIDES
                                    Attorney for Plaintiff

DATED: April 15, 2022               PHILIP. A. TALBERT
                                    United States Attorney
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:     /s/  *Mary Tsai*
                                    MARY TSAI
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

Dated:  April 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:22-cv-00070-DMC